COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-11-00252-CR |
|  | § |  |
| Appellant, | § | Appeal from |
| v. | § | 168th District Court |
|  | § |  |
| ARTURO RUIZ SIFUENTES, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 20100D00344) |

**MEMORANDUM OPINION**

Pending before the Court is the State's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.2(a). Finding that the State has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

November 14, 2012 	_____
	ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating

(Do Not Publish)